Michael Yesk (SB#130056)
Megan Dailey (SB#221574)
Yesk Law
70 Doray Dr., Suite 16
Pleasant Hill, CA 94523
Telephone: 925-849-5525
yesklaw@gmail.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM G. KIRK, | Case No.: 3:12-cv-05969-SI |
| Plaintiff, | [Proposed] ORDER ON PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT |
| vs. | |
| WELLS FARGO BANK, N.A.; AND DOES 1-100, INCLUSIVE, | Date: April 19, 2013<br>Time: 9:00 a.m.<br>Ctrm: 10, 19th Floor<br>Judge: Hon. Judge Susan Illston |
| Defendants. | |

WHEREAS, Megan Dailey, counsel for Plaintiff, requests leave to appear telephonically at DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT; set for April 19, 2013, at 9:00 am in Courtroom 10, 19th Fl of the above-entitled Court.

WHEREAS, Grounds for the request are as follows:

[Proposed] ORDER ON PLAINTIFF'S REQUEST TO APPEAR
TELEPHONICALLY AT DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED
COMPLAINT - 1

1. Plaintiff's counsel is located in Pleasant Hill, California, one hour from the Court; and

2. An appearance by telephone will save considerable legal fees and costs.

IT IS HEREBY ORDERED, Plaintiff's request to appear by telephone is granted.

Dated: 3/20/13

_____
Hon. Judge Susan Illston