Case 3:12-cv-05969-SI   Document 38   Filed 04/18/13   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM G. KIRK,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.; and DOES 1-100, inclusive,<br><br>    Defendant.<br>_____/ | No. C 12-05969 SI<br><br>**JUDGMENT** |

Plaintiff's complaint is dismissed without leave to amend.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 18 , 2013

                                                        SUSAN ILLSTON<br>                                                        United States District Judge